# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152311

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                  SC:  152311
                                  COA:  320768
                                  Grand Traverse CC:
                                  2011-011239-FC

ROBERT JENSEN SCHWANDER,
      Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the July 21, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



a0511

                                      Clerk